

RAYMOND A. MARRERO, SBN 195220
RAYMOND A. MARRERO, APC
5694 Mission Center Rd, Suite 602-488
San Diego, California 92108-4312
Telephone: (858) 427-4969
Facsimile: (858) 408-3435

Attorney for Plaintiffs

FILED

JUN 24 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re:<br>MOHAMMAD SHARIF HESSABI,<br>　　　Debtor.<br>ABDUL WAHEED HESSABI, et al.,<br>　　　Plaintiffs<br>v.<br>MOHAMMAD SHARIF HESSABI,<br>　　　Defendant. | Case No.: 08-35665-C-7<br><br>Adv. Proc. No.: 09-02086<br><br>**INITIAL DISCLOSURES**<br>[RULE 26a] |

A.   IDENTITIES OF ALL POTENTIAL WITNESSES, INCLUDING EXPERTS

1. Mohammad Sharif Hessabi;
2. Fatima Hessabi;
3. Fahima Hessabi;
4. Mustafa Hessabi;
5. Najib Hessabi;
6. Nabila Hamidzada;
7. Edisson Seropian

1

8. Discovery is ongoing and Plaintiff reserves the right to add witnesses including expert witnesses.

B. ALL DOCUMENTS AND RELEVANT THINGS

1. Pleadings, exhibits, and Discovery obtained from California Superior Court Case Number SCVSS-137158, filed in the San Bernardino Civil District Court;

2. Pleadings, exhibits, and Discovery obtained from Bankruptcy Case Number 08-35661-B-7 and Adversary Proceeding No. 09-02095, filed in the Eastern District of California;

3. Discovery is ongoing and Plaintiff reserves the right to add documents and relevant things from other sources.

C. INFORMATION CONCERNING DAMAGES ASSERTED

1. Pleadings, exhibits, and Discovery obtained from California Superior Court Case Number SCVSS-137158, filed in the San Bernardino Civil District Court;

2. Pleadings, exhibits, and Discovery obtained from Bankruptcy Case Number 08-35661-B-7 and Adversary Proceeding No. 09-02095, filed in the Eastern District of California;

3. Discovery is ongoing and Plaintiff reserves the right to add information concerning damages from other sources.

D. COPIES OF RELEVANT INSURANCE COVERAGE

Not applicable.

RAYMOND A. MARRERO, APC

Dated: June 19, 2009

Raymond A. Marrero, Esq.
Attorney for Plaintiffs

2